# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| KOWLESSAR, RAMCHAN | § | Case No. 11-41317 |
| KOWLESSAR, PATRICIA S | § § § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/11/2011. The undersigned trustee was appointed on 10/12/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 34,925.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 4,169.50 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 30,755.50 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/08/2012 and the deadline for filing governmental claims was 03/18/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,242.50 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,242.50 , for a total compensation of $ 4,242.50 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 25.00 , for total expenses of $ 25.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/11/2013           By:/s/MICHAEL G. BERLAND
                               Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-41317 BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KOWLESSAR, RAMCHAN | Date Filed (f) or Converted (c): | 10/11/11 (f) |
|  | KOWLESSAR, PATRICIA S | 341(a) Meeting Date: | 11/16/11 |
| For Period Ending: | 06/11/13 | Claims Bar Date: | 03/08/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10909 Penbrook,Frankfort-scheduled | 345,000.00 | 0.00 |  | 0.00 | FA |
| 2. 120 Linden, Manteno-scheduled | 140,000.00 | 0.00 |  | 0.00 | FA |
| 3. Checking-Acme-scheduled | 5.00 | 0.00 |  | 0.00 | FA |
| 4. Saving-Acme-scheduled | 25.00 | 0.00 |  | 0.00 | FA |
| 5. Checking-Chase-scheduled | 1,700.00 | 0.00 |  | 0.00 | FA |
| 6. Household goods-scheduled | 3,500.00 | 0.00 |  | 0.00 | FA |
| 7. Books,cd etc-scheduled | 200.00 | 0.00 |  | 0.00 | FA |
| 8. Wearing apparel (2)-scheduled | 800.00 | 0.00 |  | 0.00 | FA |
| 9. Earrings, watch, sedding bankds etc-scheduled | 1,500.00 | 0.00 |  | 0.00 | FA |
| 10. Term life insurance-scheduled | 0.00 | 0.00 |  | 0.00 | FA |
| 11. Employer term insurance and disability ins/sched | 0.00 | 0.00 |  | 0.00 | FA |
| 12. Pension with employer-scheduled | 25,000.00 | 0.00 |  | 0.00 | FA |
| 13. Stock in Tinley Park Glass & Mirror-scheduled    Trustee will liquidate equipment of company in which Ramchan Kowlessar is sole owner. | 25,000.00 | 0.00 |  | 0.00 | FA |
| 14. Membership interest in Bachelor Grove-scheduled | 0.00 | 0.00 |  | 0.00 | FA |
| 15. State of Illinois tax refund-scheduled | 1,085.00 | 0.00 |  | 0.00 | FA |
| 16. 1996 Lexus-scheduled | 2,000.00 | 0.00 |  | 0.00 | FA |
| 17. 1999 fGrd Econoline-scheduled | 900.00 | 0.00 |  | 0.00 | FA |
| 18. 2000 Chevrolet Malbu-scheduled | 1,125.00 | 0.00 |  | 0.00 | FA |
| 19. 2007 Chevrolet Express-scheudled | 8,000.00 | 0.00 |  | 0.00 | FA |
| 20. Liquidation of inventory-Tinley Glass & Mirror (u) | 0.00 | 34,925.00 |  | 34,925.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $555,840.00    $34,925.00        $34,925.00    $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 11-41317    BL    Judge: Bruce W. Black | Trustee Name: MICHAEL G. BERLAND |
| Case Name: | KOWLESSAR, RAMCHAN | Date Filed (f) or Converted (c): 10/11/11 (f) |
| | KOWLESSAR, PATRICIA S | 341(a) Meeting Date: 11/16/11 |
| | | Claims Bar Date: 03/08/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion To Hold Auction Sale And Sell Certain Personal Property, which was granted. The inventory was liquidated at an auction sale. The Trustee filed tax returns

Initial Projected Date of Final Report (TFR): 12/31/14        Current Projected Date of Final Report (TFR): 12/31/14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-41317 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KOWLESSAR, RAMCHAN | Bank Name: | Congressional Bank |
| | KOWLESSAR, PATRICIA S | Account Number / CD #: | *******5809 Checking Account |
| Taxpayer ID No: | *******6259 | | |
| For Period Ending: | 06/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/12 | 20 | Aamerican Auction Associates | Proceeds auction sale court order | 1229-000 | 34,925.00 | | 34,925.00 |
| 02/28/12 | 000101 | American Auction Service | Payment of auctioneer's expenses per court order | 3620-000 | | 3,669.50 | 31,255.50 |
| 05/01/13 | 000102 | Gloria Longest | Payment for prpearation of tax returns per court order | 3410-000 | | 500.00 | 30,755.50 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 34,925.00 | 4,169.50 | 30,755.50 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 34,925.00 | 4,169.50 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 34,925.00 | 4,169.50 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5809 | 34,925.00 | 4,169.50 | 30,755.50 |
| | 34,925.00 | 4,169.50 | 30,755.50 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     34,925.00     4,169.50

| Page: 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 11, 2013 |
|---|---|---|---|---|---|---|
| Case Number: | 11-41317 | | Claim Class Sequence | | | |
| Debtor Name: | KOWLESSAR, RAMCHAN | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>999<br>6820-00 | Ex Officio Collector of Kankakee County, IL<br>State's Attorney-Civil Division<br>470 E Merchant Street<br>Kankakee, IL 60901 | Administrative | | $2,621.35 | $0.00 | $2,621.35 |
| 000002<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $6,846.26 | $0.00 | $6,846.26 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A. by American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $15,145.81 | $0.00 | $15,145.81 |
| 000004<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $25,824.88 | $0.00 | $25,824.88 |
| 000005<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000006<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $4,666.21 | $0.00 | $4,666.21 |
| 000007<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000008<br>070<br>7100-00 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Unsecured | | $27,310.06 | $0.00 | $27,310.06 |
| 00012<br>070<br>7100-00 | Midland Funding<br>By Recoser LLC<br>25 S.E. 2nd Avenue, suite 1120<br>Miami, Florirda 33131 | Unsecured | | $251.26 | $0.00 | $251.26 |
| 0005A<br>070<br>7100-00 | Midland Funding<br>By Recoser LLC<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, florida 33131 | Unsecured | | $1,045.91 | $0.00 | $1,045.91 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 11, 2013 |

Case Number:  11-41317          Claim Class Sequence
Debtor Name:  KOWLESSAR, RAMCHAN

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10<br>070<br>7100-00 | PNC Bank | Unsecured | | $218,144.49 | $0.00 | $218,144.49 |
| 000009A<br>050<br>4110-00 | PNC Bank, N.A.<br>c/o Shannon B. Kreshtool, Esquire<br>Weinstock, Friedman & Friedman, P.A.<br>4 Reservoir Circle<br>Baltimore, MD 21208 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $301,856.23 | $0.00 | $301,856.23 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-41317
Case Name: KOWLESSAR, RAMCHAN
               KOWLESSAR, PATRICIA S
Trustee Name: MICHAEL G. BERLAND

Balance on hand     $     30,755.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009A | PNC Bank, N.A. | $ 240,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors     $     0.00

Remaining Balance     $     30,755.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 4,242.50 | $ 0.00 | $ 4,242.50 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 25.00 | $ 0.00 | $ 25.00 |

Total to be paid for chapter 7 administrative expenses     $     4,267.50

Remaining Balance     $     26,488.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Ex Officio Collector of Kankakee County, | $ 2,621.35 | $ 0.00 | $ 2,621.35 |

Total to be paid for prior chapter administrative expenses     $     2,621.35

UST Form 101-7-TFR (5/1/2011) (Page: 8)

    Remaining Balance                                                         $        23,866.65

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 299,234.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ 6,846.26 | $ 0.00 | $ 546.05 |
| 000003 | Capital One Bank (USA), N.A. by American InfoSourc | $ 15,145.81 | $ 0.00 | $ 1,208.01 |
| 000004 | FIA CARD SERVICES, N.A. | $ 25,824.88 | $ 0.00 | $ 2,059.76 |
| 000006 | GE Capital Retail Bank | $ 4,666.21 | $ 0.00 | $ 372.18 |
| 000008 | Citibank, N.A. | $ 27,310.06 | $ 0.00 | $ 2,178.22 |
| 10 | PNC Bank | $ 218,144.49 | $ 0.00 | $ 17,398.97 |
| 0005A | Midland Funding | $ 1,045.91 | $ 0.00 | $ 83.42 |
| 00012 | Midland Funding | $ 251.26 | $ 0.00 | $ 20.04 |

    Total to be paid to timely general unsecured creditors         $        23,866.65

    Remaining Balance                                                          $        0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE