# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KOWLESSAR, RAMCHAN | § | Case No. 11-41317 |
| KOWLESSAR, PATRICIA S | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE COURT
    219 S. Dearborn
    Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/16/2013 in Courtroom ,
  Joliet City Hall
  150 West Jefferson,2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/10/2013       By: /s/ Michael G. Berland
                       Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
       §
KOWLESSAR, RAMCHAN § Case No. 11-41317
KOWLESSAR, PATRICIA S §
       §
       Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 34,925.00 |
| and approved disbursements of | $ 4,169.50 |
| leaving a balance on hand of[1] | $ 30,755.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000009A | PNC Bank, N.A. | $ 240,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | | $ 0.00 |
| | Remaining Balance | | | | $ 30,755.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 4,242.50 | $ 0.00 | $ 4,242.50 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 25.00 | $ 0.00 | $ 25.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 4,267.50 |
| Remaining Balance | | | $ 26,488.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Ex Officio Collector of Kankakee County, | $ 2,621.35 | $ 0.00 | $ 2,621.35 |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses | $ 2,621.35 |
| Remaining Balance | $ 23,866.65 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 299,234.88 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ 6,846.26 | $ 0.00 | $ 546.05 |
| 000003 | Capital One Bank (USA), N.A. by American InfoSourc | $ 15,145.81 | $ 0.00 | $ 1,208.01 |
| 000004 | FIA CARD SERVICES, N.A. | $ 25,824.88 | $ 0.00 | $ 2,059.76 |
| 000006 | GE Capital Retail Bank | $ 4,666.21 | $ 0.00 | $ 372.18 |
| 000008 | Citibank, N.A. | $ 27,310.06 | $ 0.00 | $ 2,178.22 |
| 10 | PNC Bank | $ 218,144.49 | $ 0.00 | $ 17,398.97 |
| 0005A | Midland Funding | $ 1,045.91 | $ 0.00 | $ 83.42 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 00012 | Midland Funding | $ 251.26 | $ 0.00 | $ 20.04 |
| | Total to be paid to timely general unsecured creditors | | | $ 23,866.65 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                                Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                  United States Bankruptcy Court
                                   Northern District of Illinois
In re:                                                                                  Case No. 11-41317-BWB
Ramchan Kowlessar                                                                       Chapter 7
Patricia S Kowlessar
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0752-1           User: wepps                  Page 1 of 3                   Date Rcvd: Jul 12, 2013
                               Form ID: pdf006              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2013.
db/jdb       +Ramchan Kowlessar,   Patricia S Kowlessar,    10909 Penbrook Court,    Frankfort, IL 60423-8538
17909387     +AES/Deutsche ELT,    Attn: Bankruptcy Dept,    PO Box 2461,   Harrisburg, PA 17105-2461
17909390    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America Business Card,     Attn: Bankruptcy Dept.,
              PO BOX 982238,   El Paso, TX 79998)
17909375     +Capital One,   Bankruptcy Department,    32275 32nd Ave. South,   Federal Way, WA 98001-9616
18311149      Capital One Bank (USA), N.A. by American InfoSourc,    PO Box 71083,    Charlotte, NC  28272-1083
17909399     +Carson Pirie Scott,    Bankruptcy Department,   PO Box 4521,   Tampa, FL 33677-4521
17909395     +Chase/Cardmember Service,    Bankruptcy Department,   PO Box 15548,    Wilmington, DE 19886-5548
18538443     +Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
17909389     +Citibusiness Card,    Attn: Bankruptcy Dept.,   PO BOX 6235,   Sioux Falls, SD 57117-6235
17909384     +Citicards,   Bankruptcy Department,   Processing Center,    Des Moines, IA 50363-0001
17909386     +Ex Officio Collector of Kankakee County, IL,    State's Attorney-Civil Division,
              470 E Merchant Street,   Kankakee, IL 60901-3936
17909392     +Exxon Credit Card,    Attn: Bankruptcy Dept.,   PO BOX 653072,   Dallas, TX 75265-3072
18372692      FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102
17909379     +HSBC,   Bankruptcy Department,   PO Box 5253,    Carol Stream, IL 60197-5253
17909396     +Joseph A. Schudt & Assocs,    attn: Joseph A Schudt,   19350 S. Harlem Ave,
              Frankfort, IL 60423-9114
17909397     +MB Financial,   Attn: Bankruptcy Dept.,    990 N. York,   Elmhurst, IL 60126-1111
17909378     +Macy's/DSNB,    Bankruptcy Department,   9111 Duke Blvd,   Mason, OH 45040-8999
17909383      Melissa Kowlessar,    1099 Pembroke Ct,   Frankfort, IL 60423
17909388     +Melissa Kowlissar,    17717 Rosewood Terr,   Country Club Hills, IL 60478-4524
19927703      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
17909374     +PNC Bank,   Attn: Bankruptcy Dept.,    PO BOX 5570,   Cleveland, OH 44101-0570
18579582     +PNC Bank, N.A.,   c/o Shannon B. Kreshtool, Esquire,    Weinstock, Friedman & Friedman, P.A.,
              4 Reservoir Circle,   Baltimore, MD 21208-6319
18613082     +PNC Bank, National Association,    c/o Shannon B. Kreshtool, Esquire,
              Weinstock, Friedman & Friedman, P.A.,    4 Reservoir Circle,   Baltimore, MD 21208-6319
17909373     +PNC Mortgage,   Attn: Bankruptcy Dept.,    PO BOX 1820,   Dayton, OH 45401-1820
17909385      PNC National Bank,    Bankruptcy Department,   PO Box 34077,   Pittsburgh, PA 15230
17909391     +Shell Card Center,    Attn: Bankruptcy Dept.,   PO BOX 689081,   Des Moines, IA 50368-9081

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17909381     +E-mail/Text: mslapa@acmecontinentalcu.com Jul 13 2013 00:44:07      Acme Continental Credit Union,
              Bankruptcy Department,   13601 S. Perry Ave.,    Riverdale, IL 60827-1655
18184075      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2013 00:52:35      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
17909376     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2013 00:52:35      Discover Bank,
              Bankruptcy Dept.,   PO BOX 6103,   Carol Stream, IL 60197-6103
18443774      E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2013 00:46:49      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17909398     +E-mail/Text: cio.bncmail@irs.gov Jul 13 2013 00:40:43      IRS Priority Debt,
              Attn: Bankruptcy Dept,   PO Box 7346,   Philadelphia, PA 19101-7346
17909377     +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2013 00:46:02      Lowe's,   Attn: Bankruptcy Dept.,
              PO BOX 530914,   Atlanta, GA 30353-0914
19927704      E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2013 00:45:18
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17909394*    +Bank of America,   Bankruptcy Department,    PO Box 15168,   Wilmington, DE 19850-5168
17909382*    +HSBC,   Bankruptcy Department,   PO Box 5253,    Carol Stream, IL 60197-5253
17909380*    +Macy's/DSNB,    Bankruptcy Department,   9111 Duke Blvd,   Mason, OH 45040-8999
18607242*    +PNC Bank, N.A.,   c/o Shannon B. Kreshtool, Esquire,    Weinstock, Friedman & Friedman, P.A.,
              4 Reservoir Circle,   Baltimore, MD 21208-6319
18625644*    +PNC Bank, N.A.,   c/o Shannon B. Kreshtool, Esquire,    Weinstock, Friedman & Friedman, P.A.,
              4 Reservoir Circle,   Baltimore, MD 21208-6319
17909393    ##+Bank of America,   Bankruptcy Department,    PO Box 15168,   Wilmington, DE 19850-5168
                                                                                   TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: wepps              Page 2 of 3           Date Rcvd: Jul 12, 2013
                              Form ID: pdf006          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2013**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: wepps              Page 3 of 3              Date Rcvd: Jul 12, 2013
                              Form ID: pdf006          Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2013 at the address(es) listed below:

```
          Heather M Giannino    on behalf of Creditor   PNC Bank, National Association
           heathergiannino@hsbattys.com,    jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
          Jonathan D Parker    on behalf of Debtor Ramchan  Kowlessar ndil@geracilaw.com
          Jonathan D Parker    on behalf of Joint Debtor Patricia S Kowlessar ndil@geracilaw.com
          Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```