**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KOWLESSAR, RAMCHAN | § | Case No. 11-41317 |
| KOWLESSAR, PATRICIA S | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 555,840.00<br>*(Without deducting any secured claims)* | Assets Exempt: 45,730.00 |
| Total Distributions to Claimants: 23,866.65 | Claims Discharged<br>Without Payment: 588,215.23 |
| Total Expenses of Administration: 11,058.35 | |

3) Total gross receipts of $ 34,925.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 34,925.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 643,883.00 | $ 240,000.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,437.00 | 8,437.00 | 8,437.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 2,621.35 | 2,621.35 | 2,621.35 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 332,597.00 | 300,532.05 | 299,234.88 | 23,866.65 |
| **TOTAL DISBURSEMENTS** | $ 976,480.00 | $ 551,590.40 | $ 310,293.23 | $ 34,925.00 |

4) This case was originally filed under chapter 7 on 10/11/2011 . The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2013 By:/s/MICHAEL G. BERLAND
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of inventory-Tinley Glass & Mirror | 1229-000 | 34,925.00 |
| **TOTAL GROSS RECEIPTS** | | $ 34,925.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kankakee County Treasurer Attn: Bankruptcy Dept. 192 N. East Ave Kankakee IL 60901 | | 2,369.00 | NA | NA | 0.00 |
| 2 | PNC Bank Attn: Bankruptcy Dept. PO BOX 5570 Cleveland OH 44101 | | 51,098.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | 3 PNC Mortgage Attn: Bankruptcy Dept. PO BOX 1820 Dayton OH 45401 | | 341,416.00 | NA | NA | 0.00 |
| | 4 PNC National Bank Bankruptcy Department PO Box 34077 Pittsburgh PA 15230 | | 249,000.00 | NA | NA | 0.00 |
| 000009A | PNC BANK, N.A. | 4110-000 | NA | 240,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 643,883.00 | $ 240,000.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| MICHAEL G. BERLAND | 2100-000 | NA | 4,242.50 | 4,242.50 | 4,242.50 |
| MICHAEL G. BERLAND | 2200-000 | NA | 25.00 | 25.00 | 25.00 |
| LONGEST, GLORIA | 3410-000 | NA | 500.00 | 500.00 | 500.00 |
| AMERICAN AUCTION SERVICE | 3620-000 | NA | 3,669.50 | 3,669.50 | 3,669.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 8,437.00 | $ 8,437.00 | $ 8,437.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| EX OFFICIO COLLECTOR OF KANKAKEE CO | 6820-000 | NA | 2,621.35 | 2,621.35 | 2,621.35 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 2,621.35 | $ 2,621.35 | $ 2,621.35 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | 0.00 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 Acme Continental Credit Union Bankruptcy Department 13601 S. Perry Ave. Riverdale IL 60827 | | 17,644.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 Citicards Bankruptcy Department Processing Center Des Moines IA 50363 | | 776.00 | NA | NA | 0.00 |
| | 12 Exxon Credit Card Attn: Bankruptcy Dept. PO BOX 653072 Dallas TX 75265 | | 3,817.00 | NA | NA | 0.00 |
| | 13 HSBC Bankruptcy Department PO Box 5253 Carol Stream IL 60197 | | 90.00 | NA | NA | 0.00 |
| | 14 HSBC Bankruptcy Department PO Box 5253 Carol Stream IL 60197 | | 367.00 | NA | NA | 0.00 |
| | 15 Joseph A. Schudt & Assocs attn: Joseph A Schudt 19350 S. Harlem Ave Frankfort IL 60423 | | 0.00 | NA | NA | 0.00 |
| | 16 Lowe's Attn: Bankruptcy Dept. PO BOX 530914 Atlanta GA 30353 | | 319.00 | NA | NA | 0.00 |
| | 17 Macy's/DSNB Bankruptcy Department 9111 Duke Blvd Mason OH 45040 | | 273.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 18 Macy's/DSNB Bankruptcy Department 9111 Duke Blvd Mason OH 45040 | | 403.00 | NA | NA | 0.00 |
| | 19 MB Financial Attn: Bankruptcy Dept. 990 N. York Elmhurst IL 60126 | | 146,572.00 | NA | NA | 0.00 |
| | 2 AES/Deutsche ELT Attn: Bankruptcy Dept PO Box 2461 Harrisburg PA 17105 | | 20,000.00 | NA | NA | 0.00 |
| | 20 Shell Card Center Attn: Bankruptcy Dept. PO BOX 689081 Des Moines IA 50368 | | 5,960.00 | NA | NA | 0.00 |
| | 3 Bank of America Bankruptcy Department PO Box 15168 Wilmington DE 19850 | | 18,521.00 | NA | NA | 0.00 |
| | 4 Bank of America Bankruptcy Department PO Box 15168 Wilmington DE 19850 | | 2,667.00 | NA | NA | 0.00 |
| | 5 Bank of America Business Card Attn: Bankruptcy Dept. PO BOX 982238 El Paso TX 79998 | | 60,323.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7 Carson Pirie Scott Bankruptcy Department PO Box 4521 Tampa FL 33630 | | 804.00 | NA | NA | 0.00 |
| | 8 Chase/Cardmember Service Bankruptcy Department PO Box 15548 Wilmington DE 19886 | | 8,085.00 | NA | NA | 0.00 |
| | 9 Citibusiness Card Attn: Bankruptcy Dept. PO BOX 6235 Sioux Falls SD 57117 | | 26,226.00 | NA | NA | 0.00 |
| 000003 | CAPITAL ONE BANK (USA), N.A. BY AME | 7100-000 | 13,000.00 | 15,145.81 | 15,145.81 | 1,208.01 |
| 000008 | CITIBANK, N.A. | 7100-000 | NA | 27,310.06 | 27,310.06 | 2,178.22 |
| 000002 | DISCOVER BANK | 7100-000 | 6,750.00 | 6,846.26 | 6,846.26 | 546.05 |
| 000004 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 25,824.88 | 25,824.88 | 2,059.76 |
| 000005 | GE CAPITAL RETAIL BANK | 7100-000 | NA | 1,045.91 | 0.00 | 0.00 |
| 000006 | GE CAPITAL RETAIL BANK | 7100-000 | NA | 4,666.21 | 4,666.21 | 372.18 |
| 000007 | GE CAPITAL RETAIL BANK | 7100-000 | NA | 251.26 | 0.00 | 0.00 |
| 0005A | MIDLAND FUNDING | 7100-000 | NA | 1,045.91 | 1,045.91 | 83.42 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00012 | MIDLAND FUNDING | 7100-000 | NA | 251.26 | 251.26 | 20.04 |
| 10 | PNC BANK | 7100-000 | NA | 218,144.49 | 218,144.49 | 17,398.97 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 332,597.00 | $ 300,532.05 | $ 299,234.88 | $ 23,866.65 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-41317 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | KOWLESSAR, RAMCHAN<br>KOWLESSAR, PATRICIA S | Date Filed (f) or Converted (c): | 10/11/11 (f) |
| | | 341(a) Meeting Date: | 11/16/11 |
| For Period Ending: | 12/10/13 | Claims Bar Date: | 03/08/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10909 Penbrook,Frankfort-scheduled | 345,000.00 | 0.00 | | 0.00 | FA |
| 2. 120 Linden, Manteno-scheduled | 140,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking-Acme-scheduled | 5.00 | 0.00 | | 0.00 | FA |
| 4. Saving-Acme-scheduled | 25.00 | 0.00 | | 0.00 | FA |
| 5. Checking-Chase-scheduled | 1,700.00 | 0.00 | | 0.00 | FA |
| 6. Household goods-scheduled | 3,500.00 | 0.00 | | 0.00 | FA |
| 7. Books,cd etc-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 8. Wearing apparel (2)-scheduled | 800.00 | 0.00 | | 0.00 | FA |
| 9. Earrings, watch, sedding bankds etc-scheduled | 1,500.00 | 0.00 | | 0.00 | FA |
| 10. Term life insurance-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 11. Employer term insurance and disability ins/sched | 0.00 | 0.00 | | 0.00 | FA |
| 12. Pension with employer-scheduled | 25,000.00 | 0.00 | | 0.00 | FA |
| 13. Stock in Tinley Park Glass & Mirror-scheduled | 25,000.00 | 0.00 | | 0.00 | FA |
| Trustee will liquidate equipment of company in which Ramchan Kowlessar is sole owner. | | | | | |
| 14. Membership interest in Bachelor Grove-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 15. State of Illinois tax refund-scheduled | 1,085.00 | 0.00 | | 0.00 | FA |
| 16. 1996 Lexus-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 17. 1999 fGrd Econoline-scheduled | 900.00 | 0.00 | | 0.00 | FA |
| 18. 2000 Chevrolet Malbu-scheduled | 1,125.00 | 0.00 | | 0.00 | FA |
| 19. 2007 Chevrolet Express-scheudled | 8,000.00 | 0.00 | | 0.00 | FA |
| 20. Liquidation of inventory-Tinley Glass & Mirror (u) | 0.00 | 34,925.00 | | 34,925.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $555,840.00 | $34,925.00 | | $34,925.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 11-41317 BL Judge: Bruce W. Black
Case Name: KOWLESSAR, RAMCHAN
KOWLESSAR, PATRICIA S

Trustee Name: MICHAEL G. BERLAND
Date Filed (f) or Converted (c): 10/11/11 (f)
341(a) Meeting Date: 11/16/11
Claims Bar Date: 03/08/12

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion To Hold Auction Sale And Sell Certain Personal Property, which was granted. The inventory was liquidated at an auction sale. The Trustee filed tax returns

Initial Projected Date of Final Report (TFR): 12/31/14 Current Projected Date of Final Report (TFR): 12/31/14

FORM 2



Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-41317 -BL
Case Name: KOWLESSAR, RAMCHAN
KOWLESSAR, PATRICIA S
Taxpayer ID No: *******6259
For Period Ending: 12/10/13

Trustee Name: MICHAEL G. BERLAND
Bank Name: Congressional Bank
Account Number / CD #: *******5809 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/12 | 20 | Aamerican Auction Associates | Proceeds auction sale court order | 1229-000 | 34,925.00 | | 34,925.00 |
| 02/28/12 | 000101 | American Auction Service | Payment of auctioneer's expenses per court order | 3620-000 | | 3,669.50 | 31,255.50 |
| 05/01/13 | 000102 | Gloria Longest | Payment for prpearation of tax returns per court order | 3410-000 | | 500.00 | 30,755.50 |
| 08/19/13 | 000103 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 4,242.50 | 26,513.00 |
| 08/19/13 | 000104 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 25.00 | 26,488.00 |
| 08/19/13 | 000105 | Ex Officio Collector of Kankakee County, IL<br>State's Attorney-Civil Division<br>470 E Merchant Street<br>Kankakee, IL 60901 | Claim 000001, Payment 100.00000% | 6820-000 | | 2,621.35 | 23,866.65 |
| 08/19/13 | 000106 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 7.97589% | 7100-000 | | 546.05 | 23,320.60 |
| 08/19/13 | 000107 | Capital One Bank (USA), N.A. by American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 7.97587% | 7100-000 | | 1,208.01 | 22,112.59 |
| 08/19/13 | 000108 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000004, Payment 7.97587% | 7100-000 | | 2,059.76 | 20,052.83 |
| 08/19/13 | 000109 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp | Claim 000006, Payment 7.97607% | 7100-000 | | 372.18 | 19,680.65 |
| | | | | Page Subtotals | 34,925.00 | 15,244.35 | |

Ver: 17.03a

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-41317 -BL
Case Name: KOWLESSAR, RAMCHAN
KOWLESSAR, PATRICIA S
Taxpayer ID No: *******6259
For Period Ending: 12/10/13

Trustee Name: MICHAEL G. BERLAND
Bank Name: Congressional Bank
Account Number / CD #: *******5809 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | | | | | |
| 08/19/13 | 000110 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Claim 000008, Payment 7.97589% | 7100-000 | | 2,178.22 | 17,502.43 |
| 08/19/13 | 000111 | Midland Funding<br>By Recoser LLC<br>25 S.E. 2nd Avenue,suite 1120<br>Miami, Florirda 33131 | Claim 00012, Payment 7.97580% | 7100-000 | | 20.04 | 17,482.39 |
| 08/19/13 | 000112 | Midland Funding<br>By Recoser LLC<br>25 S.E. 2nd Avenue,Suite 1120<br>Miami, florida 33131 | Claim 0005A, Payment 7.97583% | 7100-000 | | 83.42 | 17,398.97 |
| 08/19/13 | 000113 | PNC Bank | Claim 10, Payment 7.97589% | 7100-000 | | 17,398.97 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 34,925.00 | 34,925.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 34,925.00 | 34,925.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 34,925.00 | 34,925.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5809 | 34,925.00 | 34,925.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 34,925.00 | 34,925.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 19,680.65 |

Ver: 17.03a

FORM 2



Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-41317 -BL
Case Name: KOWLESSAR, RAMCHAN
KOWLESSAR, PATRICIA S
Taxpayer ID No: *******6259
For Period Ending: 12/10/13

Trustee Name: MICHAEL G. BERLAND
Bank Name: Congressional Bank
Account Number / CD #: *******5809 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 17.03a